UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEVE MARTIN )
_____ )
           Plaintiff, )
                                      )
     vs.                              )    No. 05-2238
                                      )    (Supplied by Clerk)
Sheriff PAT HARTSHORN )
Vermillion County public Safety )
Building )
           Defendant(s). )

FILED
OCT 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

     I, Steve Martin, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

     1. I am the party initiating this action and I believe I am entitled to redress.

     2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

     3. I am (check one) Single ✓ Married ___ Separated ___ Divorced ___

     4. My responses to the following questions are true:

     A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✗)

     B. If so, by whom, what is your position, and what is your pay?

N/A

     C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

I worked for Taco Bell on Market View Drive IN Champaign IL.
I worked there for about 2½ months, and I was paid $7.00 per hr.

1

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No ( ) If yes, describe each source and state how much you received.

N/A

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $20.00

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

I spend money on weekly Necessities from the inmate commissary. I spend about $10.00 to $18.00 when possible

G. How much money do you have in private checking or saving accounts? N/A

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (X)

If yes, describe the property and its approximate value:

N/A

I. Do you have any debts or obligations? Yes ( ) No (X)

If yes, list the amount owed, to whom, and any current payments that you are making.

N/A

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

Kayetta Brown (Fiance) Keneisha Brown (Daughter) Antavio Brown (Son)

2

<u>Donya Brown (Daughter) Javonne Martin (Son) Sharon Brown (Daughter)</u>
<u>~~My~~ I've supported my family for the past 10 yrs</u>
<u>By working at various factories and ~~faster~~ restaurants.</u>

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.

<u>About $40.00 per person $300 per month</u>

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

<u>Steve Martin</u>
SIGNATURE

<u>10-10-05</u>
DATE

3



2:05-cv-02238-MPM-DGB    # 1    Page 4 of 9

OCT 20 2005
U.S. CLERK'S OFFICE
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Steve Martin
_____
Plaintiff )
)
)
vs. )  Case No. 05-2238
)
Vermillion County Public )
Saftey Building )
Sheriff Pat Hartsthorn )
)
_____ )
Defendant(s) )

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Steve Martin, and states as follows:

My current address is: 2 East South Street, Danville IL 61832

The defendant Sheriff Pat Hartsthorn is employed as Sheriff at Vermillion County Public Saftey Building

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

   Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

   Plaintiff(s)  N/A

   Defendant(s)  N/A

   _____

   2. Court (if federal court, give name of district; if state court, give name of county)

   N/A

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☑

If your answer is no, explain why not  This County doesn't have any grievance procedure, And they don't answer a request slip either.

C. Is the grievance process completed?   Yes ☐   No ☑

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence  Vermillion County Public Saftey Building

Date of the occurrence  July-05 Until ~~presently~~ present

Witnesses to the occurrence  Mr. Larry Johnson and Mr. Nick Larrabee

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Listed below is a list of allegations that I'm holding Sheriff Pat Hartshorn responsible for.

1). There are no physical, nor verbal examinations upon entering the P.S.B County jail.

2). The P.S.B doesn't sale, supply, or allow us to recieve a common wash cloth to properly clean ourselves.

3). The P.S.B Commissary is overcharging us by selling us sample packages of shampoo, toothpaste, and lotion.

4). The P.S.B doesn't have grievance's or a grievances procedure.

5). The P.S.B has a one rule policy, everything goes into your tote. No exceptions

6). The P.S.B doesn't have an adaquate law libary, only a law reference book.

7.) The P.S.B correctional Staff are rude and

4

unproffessional with no reguards of retrolutions.
8.) The P.S.B. doesn't practice proper sanitation guidelines.
9.) The P.S.B. doesn't allow us to wash and hang our laundry, yet they dont offer us a proper way to do our laundry for us.

    I will elaborate on each and every one of these infractions pertaining to this suit upon futher investigation into this matter

    "Thank you for considering this matter

    Mr. Steve Martin.

5

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I feel that to fine the defendant will only encourage more of these infractions to be permitted to others that will come after me. But if I'm compensated with monies, that would surely send the right message and prevent these atrocities from future occurrences. I figure a with the total from each infraction I'm seeking monies of around $346,000 to $412,000 dollars for psychological and mental stress. Thank you very much.

**JURY DEMAND**        Yes ☑        No ☐

Signed this 10 day of October, 19 2005.

Steve Martin
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| STEVE MARTIN | N/A |
| Address: | Telephone Number: |
| 2 EAST SOUTH ST Danville IL 61832 | N/A |