

## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS  
CLERK OF COURT

OFFICE OF THE CLERK  
218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

TEL: 217-373-5830  
FAX: 217-373-5834

October 20, 2005

Vermilion County Jail  
TRUST FUND DEPT.  
2 E South  
Danville, IL.   61832

                 Re: STEVE MARTIN v PAT HARTSHORN  
                 Case No.05-2238

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Martin** .   In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. Martin  trust fund ledgers for the period **of  April 20, 2005 through October 20, 2005**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

        United States District Court  
        Central District Of Illinois  
        201 S. Vine St., Room 218  
        Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                                          Sincerely,

                                   s/JOHN M. WATERS, CLERK

                                   JOHN M. WATERS, CLERK  
                                   U. S. DISTRICT COURT

JMW  
cc: Steve Martin