E-FILED
Thursday, 20 October, 2005  04:05:37 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 20 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Whom it May Concern                    10-18-05

05-2238

    In regaurds to the certificate that should be disclosed in this suit pertaining to my indigence, and the copy of the six month ledger that I've patiently been waiting on from this institutions commissary/trust fund officer.

    I've personally handed him my request and asked him nicely could he return this certificate form as soon as possible please.

    I haven't heard from him every since. Then while he was passing out commissary slip recently, I handed him a request slip asking him again about this matter and he grunted some unproffessional words and continued to walk out the door.

    These officers act as if they are made of steel, they are unproffessional and have no regaurds of ~~retrotution~~ retrobution. Maybe if the courts get involved he may decide to return or answer my requests.

    I'm asking that you except this letter as my sworn ~~testor~~ testimoney that I am indigent in this matter so this investigation can proceed

    Maybe Officer Mitch will be pleased to answer you all since he refuses to answer me.

    Sincerly Mr. Steve Martin