# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **STEVE MARTIN**     Plaintiff | ) ) ) | **WRIT OF HABEAS CORPUS**  **AD TESTIFICANDUM** |
| vs | ) ) | |
| **PATRICK HARTSHORN**     Defendant | ) ) ) | **CASE NO. 05-2238** |

**TO: THE WARDEN of** VERMILION COUNTY PUBLIC SAFETY BLDG at DANVILLE, IL.

   **WE COMMAND** that you produce the body of **STEVE MARTIN**, who is in your custody at VERMILION COUNTY PUBLIC SAFETY BLDG before the United States District Court on **WEDNESDAY, NOV. 30, 2005, AT 9:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

   **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

   DATED: NOV. 8, 2005

                    JOHN M. WATERS, CLERK
                    UNITED STATES DISTRICT COURT

                    BY:   s/K. Wynn
                          Deputy Clerk