AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 02 December, 2005  03:33:49 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**STEVE MARTIN,**
**Plaintiff,**

vs.                                                                                Case Number:    **05-2238**

**PATRICK HARTSHORN, ET AL.,**
**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed for failure to state a claim pursuant to 28 U.S.C. 1915A and Fed. R. Civ. P. Rule 12(b)(6).  Case is dismissed.

ENTER this 2nd day of December, 2005.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn

_____
   BY:  DEPUTY CLERK