05-2238
E-FILED
Monday, 12 December, 2005 09:26:15 AM
Clerk, U.S. District Court, ILCD

US District Court Clerk office:

With all do respect to the Honorable Judge Michael P. McCuskey desesion, I would like to know if I could appeal the courts decision.

If so, could you please let me know how to do so. Also could I have a copy of the transcripts of my civil case hearings for my records.

I thank you for your help in this matter.

RECEIVED
DEC 0 5 2005
U.S. CLERK'S OFFICE
URBANA, IL

MR. Steve Martin
2 East South Street
Danville IL, 61832