

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

December 12, 2005

Steve Martin
2 E. South St.
Danville, IL.  61832

Dear Mr. Martin,

    Reference is made to your letter dated December 5, 2005.  I am unable to answer your questions, which require analysis of substantive law.  Please be advised that the Clerk's Office cannot perform legal research for, or give legal advice to, the public.  Case law and statutory law are available in your institution's law library; a librarian, paralegal, or inmate law clerk should be able to assist you.  If you are unable to find answers through your own research, then you may wish to contact an attorney or a legal aid clinic.

    Refer to the order entered on December 2, 2005.

    I regret that I cannot be of further assistance.

    Very truly yours,

    s/JOHN M. WATERS, CLERK
    John M. Waters
    Clerk of Court