IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STEVE MARTIN
PLAINTIFF

VS.                                        CASE NUMBER: 05-2238

PATRICK HARTSHORN
DEFENDANT

RECEIVED
DEC 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

NOTICE OF APPEAL

IN THAT THE COURTS DISMISSED THE PLAINTIFF'S COMPLAINT IN ITS ENTIRETY, PURSUANT TO 28 U.S.C. 1915A AND FED. R. CIV. P. RULE 12(b)(6) STATING: THIS COMPLAINT IS DISMISSED FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED.

THE PLAINTIFF WOULD LIKE TO FILE APPEAL ON THE FOLLOWING GROUNDS:

1.) IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS MEMORANDUM TO ALL INMATE LITIGANTS RE: PRISON LITIGATION REFORM ACT (1995), WHICH BECAME LAW ON APRIL 26, 1996. UNDER THE ACT, FEDERAL COURTS MUST DENY LEAVE TO PROCEED IN FORMA PAUPERIS IF COMPLAINT FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED. TO DO SO, THE PRISONER MUST

(margin: "not signature")

SUBMIT A COMPLAINT THAT CONTAINS ALLEGA-
TIONS OF FACT THAT SATISFY EVERY ELEMENT OF
THE PRISONER'S CLAIM. FAILURE TO INCLUDE
FACTUAL ALLEGATIONS IN SUPPORT OF EVERY ELE-
MENT OF A PRISONER'S CLAIM WILL RESULT IN
DENIAL TO PROCEED IN FORMA PAUPERIS.
  IN THE UNITED STATES DISTRICT COURT
  CENTRAL DISTRICT OF ILLINOIS..... ORDER
(STEVE MARTIN VS. PATRICK HARTSHORN) UNITED
STATES DISTRICT JUDGE · MICHAEL P. Mc CUSKEY
STATES OR RENDERS: IT IS THEREFORE ORDERED
1.) THE PLAINTIFF'S PETITION TO PROCEED IN FORMA
PAUPERIS, d/e 1, IS GRANTED. * THEREFORE, THE
COMPLAINT MUST HAVE SUCCEEDED IN
STATING A CLAIM UPON WHICH RELIEF MAY BE
GRANTED. ALSO, THE COMPLAINT CONTAINED ALLEGA
TIONS OF FACT THAT SATISFIED EVERY ELEMENT
OF THE PRISONER'S CLAIM. Thus, nullifying-
2.) Based on the foregoing, pursuant to
28 U.S.C. 1915A and Fed. R. Civ. P. Rule 12
(b)(6), the plaintiff's entire complaint is
dismissed for failure to state a claim
upon which relief may be granted.
   This being my meager understanding
of the Prison Litigation Reform Act,
which may be evident of my lack of assi-
stance ❀ by librarian, paralegal, inmate

law clerk or legal aid clinic.

On these grounds I file appeal and ask for the following remedies:

1.) The Plaintiff's appeal be granted and the dismissal of complaint be vacated.

2.) The orders dismissal not be counted as a strike against the plaintiff under the "three strikes" provision of 28 U.S.C. 1915(g)

3.) The plaintiff not be liable for the $255.00 Appellate filing fee, and in no manner this appeal accumulate another strike under 28 U.S.C 1915(g).

4.) That any remaining matters be not rendered moot, but, given merit in it's consideration.

5.) Lastly, that the plaintiff be allowed to resubmit his complaint inclusive of matter stated in order